# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NICOLE ACCARDI, on behalf of herself, and all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>vs. )<br>)<br>FINANCIAL ASSET MANAGEMENT )<br>SYSTEMS, INC., )<br>)<br>Defendant. )<br>) | Civil Action File No. |

## DEFENDANT'S NOTICE OF REMOVAL

**TO:**

The United States District Court for the Northern District of Georgia, Atlanta Division

Kris Skaar
Justin T. Holcombe
Skaar & Feagle, LLP
133 Mirramont Lake Drive
Woodstock, Georgia 30189

James M. Feagle
Cliff R. Dorsen
Skaar & Feagle, LLP
2374 Main Street
Suite B
Tucker, Georgia 30084

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446(a) and (b), the

Defendant Financial Asset Management Systems, Inc., hereby removes this case to

- 1 -

the United States District Court for the Northern District of Georgia, Atlanta Division based on the following grounds:

1.     This action is removable to the United States District Court under 28 U.S.C. §§ 1331 and 1441 on the grounds of federal question jurisdiction, in that the complaint purports to allege a cause of action under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*.

2.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days after Defendant's receipt of the initial pleadings setting forth the claim for relief upon which this action is based.

3.     Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are copies of the following documents, which are all the process, pleadings and orders received by one or more Defendants in this action, to wit:  documents bates numbered 1 through 11.

4.     Upon receipt of this Notice, no further action shall be taken in the State Court of Cobb County, State of Georgia.

5.     By filing this Notice of Removal, the Defendant demonstrates its consent to the removal of the case to this Court.

- 3 -

Respectfully submitted this 11th day of February, 2016.

        **BEDARD LAW GROUP, P.C.**

        /s/ Jonathan K. Aust
        Jonathan K. Aust
        Georgia Bar No. 448584
        John H. Bedard, Jr.
        Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NICOLE ACCARDI, on behalf of herself, and all others similarly situated, ) ) ) | |
| Plaintiff, ) | Civil Action File No. |
| vs. ) ) | |
| FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., ) ) ) | |
| Defendant. ) ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing Defendant's Notice of Removal by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

James M. Feagle
Cliff R. Dorsen
Skaar & Feagle, LLP
2374 Main Street
Suite B
Tucker, Georgia 30084

Kris Skaar
Justin T. Holcombe
Skaar & Feagle, LLP
133 Mirramont Lake Drive
Woodstock, Georgia 30189

Respectfully submitted this 11th day of February, 2016.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.

- 4 -

Georgia Bar No. 043473